IN THE SUPREME COURT OF TEXAS

 No. 05-0906

 IN RE SOUTHWESTERN BELL MOBILE SYSTEMS, INC., SOUTHWESTERN BELL WIRELESS,
 INC., SOUTHWESTERN BELL WIRELESS, L.L.C., SOUTHWESTERN BELL SYSTEMS, INC.,
 CINGULAR WIRELESS, L.L.C., AND SBC COMMUNICATIONS, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for stay, filed October 27, 2005, is
granted. The trial re-set for November 14, 2005, in Cause No. 2004-04-
2004-G, styled Kenneth D. Lee, Jr. v. Southwestern Bell Mobile Systems,
Inc.; Southwestern Bell Wireless, Inc.; Southwestern Bell Wireless, L.L.C.;
Southwestern Bell Systems, Inc.; Cingular Wireless, L.L.C.; and SBC
Communications, Inc., in the 404th District Court of Cameron County, Texas,
is stayed pending further order of this Court.

 Done at the City of Austin, this November 7, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk